Adam P. Friedman
Scott W. Lichtenstein
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey  07068
(973) 325-1500
afriedman@csglaw.com
slichtenstein@csglaw.com
Attorneys for Plaintiff
*The Ohio Casualty Insurance Company*



**Order Filed on April 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

-------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Case No.: 22-10450-RG |
| | : | Chapter 7 |
| BRUCE A. PIEKARSKY, | : | Hon. Rosemary Gambardella, U.S.B.J. |
| | : | |
| Debtor. | : | |

-------------------------------------------------------X

| | | |
|---|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, | : : | |
| | : | Adv. Proc. No.: 24-01028-RG |
| Plaintiff, | : : | |
| v. | : : | |
| BRUCE A. PIEKARSKY, | : : | |
| Defendant. | : | |

-------------------------------------------------------X

### ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE

The relief set forth on the following page (2) is hereby **ORDERED**.

DATED: April 8, 2025

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**THIS MATTER**, having been opened to the Court by Chiesa Shahinian & Giantomasi PC, attorneys for plaintiff The Ohio Casualty Insurance Company ("Ohio Casualty"), and the Court having conducted a proof hearing regarding the Chapter 7 Trustee's and the United States Trustee's motions to enter default judgment against Defendant-Debtor in Adversary Proceedings Nos. 24-01423-RG and 24-01028-RG, and the Court having subsequently entered an Order denying Defendant-Debtor a discharge pursuant to 11 U.S.C. § 727 (a)(2)(b), (3), 4(d) and (5), and upon the advice of Ohio Casualty that as a result of the foregoing it is prepared to dismiss the captioned Adversary Proceeding without prejudice, and the Debtor-Defendant remaining in default, and upon due deliberation and with sufficient cause appearing therefor, it is hereby

**ORDERED** as follows:

1. Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned Adversary Proceeding is dismissed without prejudice and without costs.